AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**LUCILLE CARROLL,**

        **Plaintiff,**

**vs.**

        **JUDGMENT IN A CIVIL CASE**

        **CASE NO. C2-08-737**

**PRUDENTIAL INSURANCE**     **JUDGE EDMUND A. SARGUS, JR.**
**COMPANY OF AMERICA,**     **MAGISTRATE JUDGE TERENCE P. KEMP**

        **Defendant.**

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X   **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

Pursuant to the Opinion and Order filed August 5, 2010, JUDGMENT is hereby entered for the Plaintiff. This case is DISMISSED.

Date: August 5, 2010         JAMES BONINI, CLERK

        */S/ Andy F. Quisumbing*
        (By) Andy F. Quisumbing
        Courtroom Deputy Clerk